1 | Robert B. Zelms (State Bar No. 18956)
   *rbz@manningllp.com*
2 | Anthony S. Vitagliano (State Bar No. 009331)
   *asv@manningllp.com*
3 | **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
4 | 6909 East Greenway Parkway, Suite 200
Scottsdale, Arizona 85254
5 | Telephone: (480) 477-5269
Facsimile: (480) 477-5268

*Attorneys for Defendant, Clear Energy Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Axxess Energy LLC, a Delaware limited liability company, | Case No. 2:15-cv-01831-MHB |
|---|---|
| Plaintiff, | **DEFENDANT CLEAR ENERGY SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Clear Energy Systems, Inc., a Nevada corporation, | |
| Defendant. | |

This Corporate Disclosure Statement is filed on behalf of Defendant Clear Energy Systems, Inc. in compliance with the provisions of:

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement

1

identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒   No such corporation.

☐   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed.*)

_____   Relationship _____

☐   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____   Relationship _____

☐   Other (please explain)

_____

DATED: November 19, 2015     **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**

By:   s/Anthony S. Vitagliano
    Robert B. Zelms
    Anthony S. Vitagliano
    *Attorneys for Defendant, Clear Energy Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2015, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Jeffrey S. Leonard
jeffrey.leonard@SacksTierney.com
James S. Samuelson
james.samuelson@sackstierney.com
Sacks Tierney, P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251-3693
*Attorneys for Plaintiff*

1
2    A courtesy copy with a copy of the Notice of Electronic filing was also mailed to
3  Honorable Michelle H. Burns on this same date at the following address:

4    Honorable Michelle H. Burns
     Sandra Day O'Connor, U.S. Courthouse, Suite 323
     401 W. Washington, SPC 12
5    Phoenix, AZ  85003

6
7  By:  s/Kimberly Sheble