Jeffrey S. Leonard (No. 003809)
Jeffrey.Leonard@SacksTierney.com
James S. Samuelson (No. 017471 )
James.Samuelson@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona  85251-3693
Telephone:  (480) 425-2600

Karl A. Berg, Jr. (*admitted Pro Hac Vice*)
Kberg@mullikenlaw.com
Trevor J. Young (*admitted Pro Hac Vice)*
Young@mullikenlaw.com
MULLIKEN WEINER BERG & JOLIVET P.C.
102 S. Tejon Street, Suite 900
Colorado Springs, CO 80903
Telephone: (719) 635-8750

Attorneys for Plaintiff

Robert B. Zelms (No. 18956)
rbz@manningllp.com
Anthony S. Vitagliano (No. 009331)
asv@manningllp.com
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
3636 N. Central Ave., 11th Floor
Phoenix, AZ 85012
Telephone: (602)313-5469

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Axxess Energy LLC, a Delaware limited liability company, | No.  2:15-cv-01831-DJH |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| Clear Energy Systems, Inc., a Nevada corporation, | |
| Defendant. | |

The parties submit this Status Report pursuant to Magistrate Judge David K. Duncan's March 29, 2016 Minute Order (Doc. No. 39) and state as follows:

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

1

1       1.      On August 15, 2014, Defendant Clear Energy Systems, Inc. ("CES") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code in an action known as *In re: Clear Energy Systems, Inc.*, Case No. 2:14-BK-12716-BKM, United States Bankruptcy Court, District of Arizona (the "Bankruptcy Action"). The Bankruptcy Action is pending.

2.      On August 14, 2015, the Bankruptcy Court granted Plaintiff Axxess Energy LLC ("Axxess") relief from the automatic stay to commence this action against CES and to seek recovery solely from an insurance policy, Policy No. G24099283 004, issued by Westchester Fire Insurance Company ("Westchester") to CES.

3.      On September 14, 2015, Axxess commenced this action by filing its Complaint against CES.

4.      Axxess, CES and Westchester attended a Settlement Conference with Magistrate Judge Duncan on March 29, 2016. The parties reached a settlement agreement at the Settlement Conference and the terms of the parties' agreement were set forth on the record. The settlement agreement is contingent on the approval of such agreement by the Bankruptcy Court. *See* Doc. No. 39.

5.      Pursuant to the parties' settlement agreement and the pending Bankruptcy Action, Magistrate Judge Duncan ordered that a status report be filed indicating the status of the approval of the settlement agreement in the Bankruptcy Action no later than April 29, 2016. *See* Doc. No. 39.

6.      Axxess, CES, Westchester, and the Chapter 11 Bankruptcy Trustee executed a written Settlement Agreement and Release of Any and All Claims dated April 21, 2016 (the "Settlement Agreement"), which is effective and enforceable upon the entry of an order of the Bankruptcy Court approving the Settlement Agreement and such order becoming final and non-appealable (the "Settlement Effective Date").

7.      On April 27, 2016, the Chapter 11 Trustee filed a Motion for Approval of Settlement Agreement in the Bankruptcy Action seeking approval of the Settlement Agreement. The Chapter 11 Trustee also filed therewith a Motion to Set Expedited

SACKS TIERNEY **P.A., ATTORNEYS**
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

Hearing on his Motion for Approval of Settlement Agreement.

8.      A hearing on the Chapter 11 Trustee's Motion for Approval of Settlement Agreement has not been set and the Motion for Approval of Settlement Agreement is pending before the Bankruptcy Court.

9.      In accordance with the Settlement Agreement, Westchester shall pay the agreed upon settlement sum to Axxess within ten (10) business days of the Settlement Effective Date.  Within ten (10) business days of Axxess' receipt and confirmation of such settlement sum being made in good funds, the parties will file a stipulation to dismiss this action with prejudice.

Dated this 28th day of April, 2016.

SACKS TIERNEY P.A.

*s/ James S. Samuelson*

Jeffrey S. Leonard
James S. Samuelson
4250 N. Drinkwater Blvd.
Fourth Floor
Scottsdale, AZ 85251

and

MULLIKEN WEINER BERG & JOLIVET P.C.
Trevor J. Young
Karl A. Berg, Jr.
102 S. Tejon Street, Suite 900
Colorado Springs, CO 80903
*ATTORNEYS FOR PLAINTIFF*

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

*s/ Anthony S. Vitagliano*

Robert B. Zelms
Anthony S. Vitagliano
3636 N. Central Ave., 11th Floor
Phoenix, AZ 85012
*Attorneys for Defendant*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

3